1363-14

# ELECTRONIC RECORD

COA # 14-13-00476-CR

STYLE: Emmanuel Von Allen Evans v The State of Texas

COA DISPOSITION: Affirmed

DATE: September 25, 2014   Publish: No

OFFENSE: Aggravated Sexual Assault

COUNTY: Harris

TRIAL COURT: 248th District Court

TC CASE #:1339815

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Emmanuel Von Allen Evans v The State of Texas

CCA # _____

_____PRO SE_____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
_____WITHDRAWN_____
DATE: _____1/30/2015_____
JUDGE: _____per curiam_____

CCA Disposition: **1363-14**
DATE: _____
JUDGE: _____
SIGNED: _____       PC: _____
PUBLISH: _____      DNP: _____

--------------------------

_____APPELLANT'S_ PETITION
FOR DISCRETIONARY REVIEW
IS _REFUSED_
DATE _02/25/2015_
_____per curiam_____
JUDGE

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD